USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**LENORA DENTON,**

**Plaintiff,**

**-against-**

**FRANK J. BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**

-----------------------------------------------------------------X

**26-cv-02633 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 7, 2026, Plaintiff moved for judgment on the pleadings. ECF No. 12. Defendant filed an opposition on October 6, 2026, and Plaintiff's reply, if any, was due October 20, 2026. If no reply is submitted by Monday, November 2, 2026, the Court will consider this motion fully briefed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 22, 2026
New York, New York